UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

NORMAN HOEWISCHER, individually,

        Plaintiff,

v.

Case No.: 3:11-cv-00773-RBD-JRK

BEEMER & ASSOCIATES XXIII, LLC, a
Florida limited liability company,

        Defendant.
_____

## NOTICE OF SETTLEMENT

Plaintiff, NORMAN HOEWISCHER, by and through the undersigned counsel, hereby gives the Court notice that the parties have reached a settlement in this matter. The parties are finalizing the settlement documents.

Dated: April 2, 2012.

        Respectfully submitted,
        /s/ Barbra R. Joyner, Esq.
        Barbra R. Joyner, Esq.

CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Mr. Randall Whitfield, Beemer & Associates, XXIII LLC, 7880 Gate Parkway, Suite 300, Jacksonville, Fl 32256.

        Barbra R. Joyner, Esq.
        Law Office of Barbra R. Joyner, P.A.
        1470 E. Michigan St.
        Orlando, FL  32806
        Email:  bjoyneresq@aol.com
        Phone: (407) 481-7997
        Fax: (407) 481-7986
        Florida Bar. Id. No. 141348
        By: /s/ Barbra R. Joyner, Esq.
           Barbra R. Joyner, Esq.